DAVID A. DILLARD, CA Bar No. 97515
DDillard@lrrc.com
KYLE W. KELLAR, CA Bar No. 294253
KKellar@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
Red-White Valve Corp.

Thomas S. Kiddé, CA Bar No.61717
Thomas.Kidde@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant,
A.Y. McDonald Mfg. Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED-WHITE VALVE CORP., <br><br> Plaintiff, <br><br> v. <br><br> A.Y. MCDONALD MFG. CO., <br><br> Defendant. | Case No. 8:17-cv-00227 DOC <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION** [19] |

Plaintiff Red-White Valve Corp. ("RWVC") filed its Complaint on February 8, 2017 against Defendant A.Y. McDonald Mfg. Co. ("A.Y. McDonald"). In its Complaint, RWVC alleges trademark infringement, counterfeiting, and false designation of origin of RWVC's U.S. Trademark Registration Nos. 1,769,093, 2,044,058, 5,082,135, and 5,082,300 (collectively, the "RWV Marks") under the Lanham Act, as well as other violations of California law arising from A.Y. McDonald's alleged infringement of the RWV Marks. A.Y. McDonald has not yet filed an Answer.

RWVC and A.Y. McDonald (collectively, the "Parties") now stipulate and consent to this Consent Judgment and Permanent Injection, to its prompt entry by the Court, and to each and every provision, order, and decree herein.

NOW THEREFORE, upon consent of the Parties, IT IS ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff Red-White Valve Corp. is a California corporation, having a principal place of business at 20600 Regency Lane, Lake Forest, California 92630.

2. Defendant A.Y. McDonald Mfg. Co. is an Iowa corporation, having a principal place of business at 4800 Chavenelle Road, Dubuque, Iowa 52004.

3. This Court has personal jurisdiction over A.Y. McDonald based on the fact that A.Y. McDonald conducts business in California. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

4. RWVC is the owner of U.S. Trademark Registration Nos. 1,769,093, 2,044,058, 5,082,135, and 5,082,300 for "RWV" (*i.e.*, the RWV Marks).

5. The RWV Marks are valid and enforceable. A.Y. McDonald hereby irrevocably waives the right to contest, directly or indirectly, the validity and/or enforceability of the RWV Marks and all trademark rights having priority thereto.

A.Y. McDonald hereby irrevocably waives the right to contend in any court, in the United States Patent and Trademark Office, or in any other forum, that the RWV Marks are invalid or unenforceable. A.Y. McDonald hereby irrevocably waives the right to directly or indirectly aid, assist, or participate in any action contesting the validity and/or enforceability of any of the RWV Marks.

6. In the event A.Y. McDonald breaches any term of this Consent Judgment and Permanent Injunction, or otherwise infringes RWVC's trademark rights, and that such violation has not been cured within five business days of written notice, RWVC shall be entitled to injunctive relief and shall be deemed to have suffered damages in the amount of U.S. $50,000.00 as a result of each occurrence of breach or infringement and A.Y. McDonald shall pay $50,000 to RWVC as liquidated damages, together with RWVC's attorneys' fees and costs incurred as a result of such breach and/or infringement including investigative costs incurred in the discovery of such breach and/or infringement. Additionally, RWVC shall be entitled to such other sanctions, including additional monetary sanctions, as the applicable Court deems proper. A.Y. McDonald and any successors-in-interest to A.Y. McDonald shall be jointly and severally liable for any payment of liquidated damages and RWVC's attorneys' fees and costs, and any other sanction against A.Y. McDonald imposed by the Court.

7. A.Y. McDonald agrees that this Court shall have personal jurisdiction over A.Y. McDonald in any dispute involving this Consent Judgment and Permanent Injunction and any future violation of RWVC's trademark rights.

8. Other than as may be separately agreed by the parties, each party shall bear its own costs and attorneys' fees.

2
KWK 101064394.3

IT IS SO ORDERED.

Dated: May 18, 2017

*David O. Carter*
The Honorable David O. Carter
United States District Judge

## CONSENT TO ENTRY

The Parties, through their undersigned counsel of record, hereby consent to the terms and conditions of this Consent Judgment and Permanent Injunction as set forth herein and consent to entry thereof.

Dated: May 17, 2017

Lewis Roca Rothgerber Christie LLP
By: *[signature]*
Name: David A. Dillard
Attorneys for Plaintiff,
Red-White Valve Corp.

Dated: May 12, 2017

Lewis Brisbois Bisgarrd & Smith LLP
By: *[signature]*
Name: Thomas S. Kiddé
Attorneys for Defendant,
A.Y. McDonald Mfg. Co.